# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

IN RE:

DEIDRA N. CRUM,

    Debtor.

Case No. 08-14077

Chapter 13

## ORDER

This matter is before the Court upon the Motion for Relief from Stay ("Motion") filed on November 4, 2008, on behalf of LaSalle Bank National Association as Trustee for First Franklin Mortgage Loan Trust 2006-FF18, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, (hereinafter "LaSalle") regarding real property located at 2861 Charmingdale Drive W., Mobile, Alabama 36618. The Court having been informed that the parties have reached an agreement with respect to the Motion, and for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Motion is conditionally DENIED, subject to the terms of this Order;

2. The Debtor is ordered to pay into the Clerk of this Bankruptcy Court on or before January 30, 2009, the sum of $8,514.00, which represents the ten (10) regular monthly mortgage payments due since the foreclosure in this case which occurred on April 18, 2008.

3. Beginning with the payment due on February 1, 2009, the Debtor will make all future monthly mortgage payments into the Clerk of this Court on a timely basis;

4. The parties are to inform the Court if there is a resolution of the state court matter that is currently pending before Alabama Court of Civil Appeals, whether by decision or settlement and LaSalle is specifically authorized to proceed with litigating said appeal against the Debtor.

5. If the Debtor fails to make any of the payments directed by this Order on the due date, and fails to cure any payment default within ten (10) days, the automatic stay shall lift without further order of this Court, and LaSalle will be free to enforce any

and all of its rights with respect to the real property at issue in this case, including, but not limited to, pursuing eviction proceedings against the Debtor.

Dated: January 21, 2009

/s/ Margaret A. Mahoney
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE