UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:                                                                                    CASE NO. 08-14077-MAM-13
DEIDRA N. CRUM

     DEBTOR

### TRUSTEE'S MOTION TO INCREASE PLAN PAYMENTS

JOHN C. MCALEER III, TRUSTEE, Trustee in this Chapter 13 proceeding, respectfully moves the Court for an order to **INCREASE** plan payments and would show as follows:

Based on the Trustee's calculation, payments need to **INCREASE** from **$195.00** per month to **$452.00** per month.

WHEREFORE, the Trustee moves the Court for an order to **INCREASE** plan payments to **$452.00** per month.

DATED: June 03, 2009                                                   /s/ JOHN C. MCALEER III, TRUSTEE
                                                                               JOHN C. MCALEER III, TRUSTEE
                                                                               CHAPTER 13 TRUSTEE

| **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING** |
|---|
| The Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within 20 (twenty) days of service of this motion. If an objection is not filed within the time permitted, the Court will assume that you do not oppose the granting of the motion, will consider the motion without a hearing, or may grant the relief requested in this motion. If an objection to this motion is timely filed, this Court will hold a hearing in Courtroom 2, 201 St. Louis Street, Mobile, AL 36602 on 07/15/2009 at 8:30 am. |

### CERTIFICATE OF SERVICE

I certify that on June 03, 2009, I served a copy of the above motion to the parties listed below either electronically or by U.S. mail.

| | | |
|---|---|---|
| UNITED STATES BANKRUPCY CLERK | DEIDRA N. CRUM 2861 CHARMINGDALE DR. W. MOBILE, AL 36618 | THEODORE L. HALL 2602 DAUPHIN ST MOBILE, AL 36606 |

                                                                                        /s/ JOHN C. MCALEER III, TRUSTEE
                                                                                       JOHN C. MCALEER III, TRUSTEE
                                                                                       CHAPTER 13 TRUSTEE