UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:   DEIDRA N. CRUM                                                  Case No.  08-14077-MAM-13

         Debtor

## ORDER CONFIRMING PLAN

   This matter is before the Court for confirmation of the Debtor's Chapter 13 plan of reorganization.  This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §1334(b) and §157(a) and (b)(2)(A) and (L).  Venue is appropriate as contemplated by 28 U.S.C. §1408. Appropriate notice was given.

   Based on the contents of the plan, this Court's file, the Debtor's compliance with 11 U.S.C. §521(a)(1), and that the plan meets the requirements of 11 U.S.C. §1325,

   IT IS ORDERED that the Debtor's plan filed December 01, 2008, together with any summary of amendments filed, is CONFIRMED.

   The Debtor's plan as confirmed requires payments to the Trustee in the amount of  $452.00 per month for 60 months with all allowed nonpriority, unsecured claims to be paid 95.00%, or higher, PRO RATA.

Dated:  June 29, 2009                                    /s/  MARGARET A. MAHONEY
                                                         MARGARET A. MAHONEY
                                                         U.S. BANKRUPTCY JUDGE